# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00021 |
| | ) | Judge Trauger |
| | ) | |
| WILLIAM WEAVER | ) | |

## O R D E R

I hereby **RECUSE** myself from the sentencing of this defendant and request that the Clerk immediately reassign this case to another judge. The sentencing scheduled for December 14, 2012 is **CONTINUED**, to be reset by the judge to whom this case is assigned.

It is so **ORDERED**.

ENTER this 13th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge