UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:12-CR-00021 |
| ) | Chief Judge Haynes |
| WILLIAM WEAVER, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR CONSENT PRELIMINARY ORDER OF FORFEITURE
AS TO SUBSTITUTE ASSET 288 FARMSTEAD LANE, MT. JULIET, TN 37122**

The Acting United States Attorney for the Middle District of Tennessee David Rivera, by and through Assistant United States Attorney Debra Phillips, and William Weaver by and through Aubrey B. Harwell, III, move this court jointly for a Consent Preliminary Order of Forfeiture as to Substitute Asset 288 Farmstead Lane, Mt. Juliet, Tennessee 37122.

A proposed Consent Order of Forfeiture is submitted contemporaneously herewith for the Court's convenience.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney
Middle District of Tennessee

By: s/ Debra Teufel Phillips
Debra Teufel Phillips, BPR 011706
Assistant United States Attorney
110 Ninth Avenue, South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615/736-5151

1