UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:12-00021 |
| | ) | Chief Judge Haynes |
| WILLIAM WEAVER. | ) | |
| | ) | |
| | ) | |

## O R D E R

Given the Defendant's ongoing business and family considerations, the Defendant is given until 2 p.m. on July 5, 2013 to self report to the institution designated by the Bureau of Prisons.

It is so **ORDERED**.

**ENTERED** this 24th day of May, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court