IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:12-00021 |
| | ) | CHIEF JUDGE HAYNES |
| v. | ) | |
| | ) | |
| WILLIAM WEAVER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Defendant's motion for judicial recommendation (Docket Entry No. 51) that is **GRANTED**. The Court recommends that the Bureau of Prisons designate the Federal Prison Camp in Millington, Tennessee for Defendant's sentence of imprisonment.

It is so **ORDERED**.

**ENTERED** this the 28th day of May, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court