UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:12-CR-00021 |
| | ) | Chief Judge Haynes |
| | ) | |
| WILLIAM WEAVER, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR INTERLOCUTORY SALE
OF REAL PROPERTY KNOWN AS LEGENDS CREST

COMES NOW the United States of America and for good cause shown, moves this Honorable Court pursuant to Fed. R. Crim.P.32.2(b)(7), Fed. R. Civ. P., Supp. R. G (7)(b)(i)(C) and 21 U.S.C. § 853(g) for an interlocutory sale of real property commonly known as 725 Legends Crest Drive, Franklin, Tennessee 37069, Williamson County, ("Legends Crest") including all improvements thereon and appurtenances thereto, which is more particularly described as follows:

> Land in Williamson County, Tennessee, being Lot No. 419, on the Plan of Minor Revision One, Section 4A, Legends Ridge, of record in Plat Book 24, page 132, Register's Office for said County, to which plan reference is hereby made for a more complete description.
>
> Being the same property conveyed to William G. Weaver, III, and wife, Macy R. Weaver, by Warranty Deed from Richard L. Cammeron and Christopher E. Parker of record in Book 4210, page 711, Register's Office of Williamson County, Tennessee. Map 37G-B Parcel 6.
>
> Being the same property conveyed to the United States by Quit Claim Deed from William G. Weaver, III and wife Macy R. Weaver, of record in Book 5969, Pages 566-568, Register's Office of Williamson County, Tennessee[1].

---

[1] Citations will appear in memorandum in support.